**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**LANDON L. WILLIAMS,**

      **Plaintiff,**

v.

**NATIONSTAR MORTGAGE LLC,**

      **Defendant.**
_____/

**CASE NO. 3:16-cv-01283-HES-PDB**

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, plaintiff Landon L. Williams and defendant Nationstar Mortgage LLC, give notice that the parties have agreed to resolution of all claims in this lawsuit, pending the execution and implementation of a confidential settlement agreement. The parties anticipate a voluntary dismissal with prejudice.

*Wherefore*, the parties respectfully request the Court stay this action and retain jurisdiction for sixty (60) days so parties may complete settlement.

Respectfully submitted,

| | |
|---|---|
| **AKERMAN LLP** | **BEIGHLEY, MYRICK, UDELL & LYNNE, P.A.** |
| */s/ Kathryn B. Hoeck* | */s/ Maury L. Udell* |
| Kathryn B. Hoeck, Esq. | Maury L. Udell, Esq. |
| Fla. Bar No. 813060 | Fla. Bar No. 121673 |
| Primary E-mail: kathy.hoeck@akerman.com | E-mail: mudell@bmulaw.com |
| Secondary E-mail: michelle.menges@akerman.com | 150 West Flagler Street, Suite 1800 |
| William P. Gray, Esq. | Miami, Florida 33130 |
| Fla. Bar No. 0983993 | 305-349-3930 phone |
| Primary E-mail: bill.gray@akerman.com | 305-349-3931 fax |
| Secondary E-mail: michelle.menges@akerman.com | *Counsel for plaintiff* |
| Post Office Box 231 | |
| 420 South Orange Avenue, Suite 1200 | |
| Orlando, FL 32802-0231 | |

407-423-4000  phone
407-843-6610  fax

– and –

William P. Heller, Esq.
Fla. Bar No.  0987263
Primary E-mail:  william.heller@akerman.com
Secondary E-mail:  lorraine.corsaro@akerman.com
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
954-463-2700  phone
954-463-2224  fax

*Counsel for Nationstar Mortgage LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 8, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties using CM/ECF.

*/s/ Kathryn B. Hoeck*
Attorney