UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LANDON L. WILLIAMS,
    Plaintiff,

v.                                              Case No. 3:16-cv-1283-J-20PDB

NATIONSTAR MORTGAGE, LLC.,
    Defendant.
_____/

## ORDER

This cause is before this Court on a "Joint Notice of Settlement" (Dkt. 140) that explains the parties have reached a settlement in this case.

Accordingly, it is so **ORDERED**:

1. This case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of January, 2019.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Maury L. Udell, Esq.
Kathryn B. Hoeck, Esq.
Clinton S. Payne, Esq.
William P. Heller, Esq.